# United States District Court
## Western District of Michigan

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| -vs- | Case Number: 1:09-cr-256 |
| ALAN THOMAS BAUER II | USM Number: 14582-040 |
| | Michael J. Dunn<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to Counts One and Two of the Second Superseding Information.

The defendant is adjudicated guilty of these offense(s):

| **Title & Section** | **Offense Ended** | **Counts No.** |
|---|---|---|
| 18 U.S.C. § 844(i) | January 24, 2006 | One and Two |

**Nature of Offense**

Arson of a Commercial Building

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Counts Three, Four, Five and Six are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 17, 2010

DATED: March 19, 2010                     /s/ Janet T. Neff
                                          JANET T. NEFF
                                          UNITED STATES DISTRICT JUDGE

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 2
Defendant: ALAN THOMAS BAUER II
Case Number: 1:09-cr-256

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **one hundred and twenty (120) months** on each of Counts One and Two, to be served concurrently.

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. It is recommended the defendant be provided with a mental health assessment and counseling. Defendant should be evaluated to attempt to identify factors which make him susceptible to suggestion and coercion to commit serious crimes.

2. It is recommended the defendant participate in substance abuse counseling, and afforded the opportunity to participate in the Bureau of Prisons' 500-Hour Residential Drug Treatment Program, should he qualify.

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The Defendant shall surrender to the United States Marshal for this district:
　　☐ At _____ on _____.
　　☐ As notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　☐ Before 2:00 P.M. on _____.
　　☐ As notified by the United States Marshal.
　　☐ As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

　　Defendant delivered on _____ To _____
At _____, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy U.S. Marshal

Case 1:09-cr-00256-JTN   ECF No. 100 filed 03/19/10   PageID.335   Page 3 of 6

AO 245B (Rev. 09/08)- Judgment in a Criminal Case
Judgment – Page 3
Defendant: ALAN THOMAS BAUER II
Case Number: 1:09-cr-256

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years** on each of Counts One and Two, to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer.
- ☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment;
7. The defendant shall refrain from use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 4
Defendant: ALAN THOMAS BAUER II
Case Number: 1:09-cr-256

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability, as determined by the probation officer.

2. The defendant shall refrain from all use of alcoholic beverages.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability, as determined by the probation officer.

4. The defendant shall provide the probation officer with access to any requested financial information.

5. The defendant shall not apply for, nor enter into, any loan or other credit transaction without the approval of the probation officer.

6. If the defendant is unemployed after the first 60 days of supervision, or for 60 days after termination or lay-off from employment, the defendant shall perform at least 20 hours of community service work per week, as directed by the probation officer, until gainfully employed full-time.

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 5
Defendant: ALAN THOMAS BAUER II
Case Number: 1:09-cr-256

# CRIMINAL MONETARY PENALTIES[1]

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the following pages.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $200.00 | -0- | $500,598.81 |

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
| Auto Owners Insurance Company<br>P.O. Box 30660<br>Lansing, MI 48909<br>Policy No. 88-30-06 | $189,378.55 | $189,378.55 | |
| Auto Owners Insurance Company<br>P.O. Box 668<br>Mt. Pleasant, MI 48804<br>Attn: Tom Page<br>Policy Nos. 88-293-06 and 88-294-06 | $75,519.26 | $75,519.26 | |
| Pennsylvania Lumbermens Mutual Insurance Company<br>One Commerce Square<br>2005 Market Street, Suite 1200<br>Philadelphia, PA | $148,000.00 | $148,000.00 | |
| Northern Mutual Insurance<br>P.O. Box 570<br>Hancock, MI 49930 | $87,701.00 | $87,701.00 | |

☐ Restitution amount ordered pursuant to plea agreement:    $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the fine.

☒ the interest requirement is waived for the restitution.

☐ the interest requirement for the fine is modified as follows:

☐ the interest requirement for the restitution is modified as follows:

---

[1] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/08)- Judgment in a Criminal Case

Judgment – Page 6
Defendant: ALAN THOMAS BAUER II
Case Number: 1:09-cr-256

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payment of **$200.00** due immediately, balance due

☐ not later than _____, or

☒ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☒ F, below; or

B ☐ Payment to begin immediately (may be combined with C, D, or F, below.)

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment, or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30, 60 or 90 days) after release from imprisonment to a term of supervision;

E ☐ Payment during term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at the time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

The restitution is to be paid in minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision shall be paid, during the term of supervision, in minimum monthly installments of $500.00 to commence 60 days after release from imprisonment. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, 399 Federal Building, 110 Michigan N.W., Grand Rapids, MI 49503, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

Steven Warren Stewart, 1:09cr256, $264,897.81, both Auto-Owners Policies and Pennsylvania Policy
Scott Roger Sowles, 1:09cr256, $264,897.81, both Auto-Owners Policies

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.