UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                      Case No. 1:09-cr-256-3

v.

                                       HON. JANET T. NEFF

ALAN THOMAS BAUER, II,

     Defendant.

_____/


## **ORDER**

Pending before the Court is Defendant's *pro se* Motion for Early Termination of Supervised Release (ECF No. 182). The government filed a Response opposing the motion (ECF No. 189). For the reasons set forth in the government's brief, the motion is denied. Accordingly:

**IT IS HEREBY ORDERED** that the Motion for Early Termination of Supervised Release (ECF No. 182) is DENIED.


Dated:  October 25, 2019                           /s/ Janet T. Neff
                                              JANET T. NEFF
                                              United States District Judge