Alan Thomas Bauer II
224 W. Summit Street
Stanton, MI 48888
616.606.8934
albauer.1970@gmail.com

January 17th, 2020

Case Number: 1:09-cr-256

**FILED - GR**
January 21, 2020 3:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __mkc__  SCANNED BY: JW /1-21-20

## Request for early termination of supervised release

I am without an attorney to advise me and was informed by the Public Defender's Office that they were finished with me, after the appeals period. I am working on this request without assistance from council, and I am unsure if I should be submitting additional information, please contact me at the above address, or by phone/email if there is anything additional that I need to do?

From the beginning I voluntarily cooperated with all authorities without the request of a reduction in sentence. I have been a model inmate the entire time I was incarcerated, as well as since my release on September 6th, 2017. I have programmed extensively since my incarceration, I worked for Unicor Industries and made payments to my restitution the entire time of my incarceration, as well as during my release. Since my release to CAP halfway house in Grand Rapids Michigan on September 6th, 2017 I have maintained continuous gainful employment. I recently married Nichole Marie Bauer(Reynolds)on May 4th 2018. I have built and increased my credit rating as well as been a productive member of society in all ways. I have become a member and volunteer of the VFW. I rebuilt healthy relationships with my children, grand children, mother, sister, and friends. Additionally, I have built new healthy and lasting relationships. I have consistently made all my payments for restitution on time and followed all the rules of probation and maintained continuous contact with my probation officer.

The conditions of supervision imposed have been met, and I have successfully reintegrated into the community and I do not pose a foreseeable risk to public safety in general or to any individual third party. My actions while incarcerated and since my release from prison on September 6th, 2017 prove this. I pray that my probation officer will request the court to consider early termination.

I have successfully reintegrated into my community. I maintain a stable residence with my wife, and minor children, a significant role as a grandparent, as well as a loving and caring father, husband, and son. I have complied with all my conditions of supervision and met all my supervision objectives. As a result of this, I was placed on "low risk caseload" for the remainder of my supervised release. I have served over one-half of my term of supervised release without the slightest of incident.

- I have displayed stable community reintegration (e.g. residence, family, employment)
- I have made progressive strides toward supervision objectives and compliance with all conditions of supervision
- I do not have any recent arrests or convictions (including unresolved pending charges) or ongoing uninterrupted patterns of criminal conduct
- I do not have any recent evidence of alcohol or drug abuse. I have maintained sobriety since July of 2008, over a year before my incarceration in October of 2009. I have had two surgeries, a double hernia surgery in July of 2018 and ankle surgery in December of 2018, with no relapses.
- I haven't had any recent psychiatric episodes, nor in the last fifteen years.

I have also been able to be gainfully employed because of the skills and abilities I have obtained from previous college and employment. My medical needs have been covered by my personal insurance through work and my veterans medical insurance, as well as my wife Nichole Bauer's insurance. These indicate that there is no need of educational training, vocational training, medical care, nor correctional treatment from any other sources.

Due to the specific probation restrictions that have been assigned they continue to prohibit the ability to participate with family or advance my career. My son participates in several activities such as racing snowmobiles, and football that are out of the district, making things very difficult. There is nothing more painful then telling you son you can't go with him to these types of things. I would like to attend the multiple activities my grandchildren participate in. When they have cheerleading events, or triathlon events that come up on short notice that I am unable to attend. This is very hard for me to explain to them and is very burdensome, and heartbreaking for everyone. I have also had career opportunities that would require traveling on the spur of the moment. I can not apply for career opportunities because most employers shrug or pass you up when you have to tell them that you have to get prior approval. Also explaining further that there is no guarantee that I will be allowed to travel, and it can take up to two weeks for a response. My career goals and being more active in my children and grandchildren's lives are being hindered by remaining on probation. All these factors are very burdensome, and are restricting me from a normal life, as well as holding me back from my career advancement potential.

I regret the foolish decisions that I have made. I wish everyday that I could go back and do things differently. Everything that has happened has made me look at who I am, and who I am going to be and all my actions since incarceration and the year leading up to that show that I am and will continue to be a law abiding positive member of society. These actions prove that I am not a danger to anyone, or society. I pray that courts will see the changes I have made and grant me an early termination of the remainder of my supervised release.

Respectfully Submitted,

Alan Thomas Bauer II

Alan Thomas Bauer II    No: 1:09-CR-256
6060 Powell Hwy
Ionia, MI 48846

Federal Probation office
Clerk of the Court

399 Federal Bldg, 110 Mich. St. N.W. #399
Grand Rapids, MI 49503

RECEIVED
JAN 21 2020
U.S. PROBATION OFFICE
GRAND RAPIDS, MI 49503

49503$9999