UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                                                            Case No. 1:09-cr-256-3

ALAN THOMAS BAUER, II,                                                       HON. JANET T. NEFF

    Defendant.
_____/

## **ORDER**

Pending before the Court is Defendant's *pro se* Motion for Early Termination of Supervised Release (ECF No. 191), seeking early termination of his supervised release. On October 25, 2019, the Court denied a similar request by Defendant (ECF No. 190). The Court, having reviewed the instant motion, finds that nothing material has changed in Defendant's supervision since the previous denial for early termination that would warrant a different outcome. For this reason, the Court denies Defendant's instant motion. Accordingly:

**IT IS HEREBY ORDERED** that the Motion for Early Termination of Supervised Release (ECF No. 191) is DENIED.

Dated: January 23, 2020                                                   /s/ Janet T. Neff
                                                                                     JANET T. NEFF
                                                                                     United States District Judge