UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 1:09-cr-256-3

ALAN THOMAS BAUER, II,                HON. JANET T. NEFF

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant's *pro se* Motion for early termination of supervised release (ECF No. 193). This is Defendant's third such request. No response from the government has been filed. The Court having reviewed the motion, and pursuant to 18 U.S.C. § 3583(e)(1):

**IT IS HEREBY ORDERED** that the Motion for early termination of supervised release (ECF No. 193) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant be discharged from supervision, and that the proceedings in this case be terminated.

Dated: September 22, 2020                                    /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                     United States District Judge